IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SONYA D., )
 )
        Plaintiff, )
 )
    v. ) 1:23CV1122
 )
FRANK BISIGNANO,[1] )
COMMISSIONER OF SOCIAL )
SECURITY, )
 )
        Defendant. )

## JUDGMENT

On August 25, 2025, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge=s Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED, Plaintiff's Dispositive Brief (Doc. 17) is DENIED, Defendant's Dispositive Brief (Doc. 20) is GRANTED and this action is DISMISSED.

---

[1] The United States Senate confirmed Frank Bisignano as the Commissioner of Social Security on May 6, 2025, and he took the oath of office on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Bisignano should be substituted as Defendant in this suit. Neither the court nor the parties need take any further action to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                                 <u>/s/   Thomas D. Schroeder</u>
                                                 United States District Judge

September 16, 2025